**TEXAS WORKERS' COMPENSATION INSURANCE FACILITY,**
Appellant

v.

**STATE BOARD OF INSURANCE, Aetna Casualty & Surety Company, Hartford Accident & Indemnity Company, Houston General Insurance Company, Liberty Mutual Fire Insurance Company, United States Fire Insurance Company, Cigna Insurance Company of Texas, Employers Insurance of Wausau, Lumbermens Mutual Casualty Company, and Travelers Indemnity Company of Rhode Island, Appellees.**

No. 03–94–00122–CV.

Court of Appeals of Texas, Austin.

Nov. 8, 1995.

Jane Webre, Scott Douglass & Luton, L.L.P., Austin, for appellant.

Dan Morales, Atty. Gen., Charles B. McDonald, Asst. Atty. Gen., Austin, for State Bd. of Ins.

Eric J. Mayer, Susman Godfrey, L.L.P., Houston, for Aetna Cas. & Sur. Co., David J. Healey, Stephen L. Lundwall, Arnold White & Durkee, Houston, for Hartford Acc. & Indem. Co.

Preston E. Henrichson, Edinburg, for Houston Gen. Ins. Co.

Curtis L. Frisbie, Jr., Gardere & Wynne, L.L.P., Dallas, for Liberty Mut. Fire Ins. Co.

J. Hampton Skelton, Skelton & Associates, Austin, for U.S. Fire Ins. Co.

Bob E. Shannon, Baker & Botts, L.L.P., Austin, for C.I.G.N.A. Ins. Co.

John C. Hart, Cantey & Hanger, Dallas, for Employers Ins. of Wausau.

David L. Orr, Johnson & Gibbs, P.C., Austin, for Lumbermens Mut. Cas. Co.

Ernest R. Higginbotham, Strasburger & Price, L.L.P., Dallas, for Travelers Indem. Co. of R.I.

Before CARROLL, C.J., and JONES and KIDD, JJ.

PER CURIAM.

Appellant has filed a motion pursuant to settlement to dismiss this appeal. The motion is granted. Tex.R.App.P. 59(a)(1)(B).

The prior judgment issued on January 18, 1995 is withdrawn and replaced with this Court's current one. The appeal is dismissed.